CELIA SCHATTNER, Respondent, v. ABRAHAM L. SCHATTNER, Appellant.— Order modified by striking out the provision for $250 counsel fee, and as so modified

affirmed, without costs.   We are of opinion that there is no authority which permits the granting of counsel fee in a case such as this.   Young, Lazansky and Carswell, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to affirm upon the ground that the services of the attorney were rendered in a matrimonial action, in further-ance of the wife's right to support under section 1170 of the Civil Practice Act, and were made necessary by the husband's deceit.